# First District Court of Appeal
## State of Florida

_____

No. 1D2022-3609
_____

ROCKY RIEGLE JR.,

    Appellant,

    v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE CHILD SUPPORT
PROGRAM and WILLIAM FRANK
PESEK,

    Appellees.

_____

On appeal from the Department of Revenue Child Support
Program.
Ann Coffin, Director.

January 19, 2024

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Rocky Riegle Jr., pro se, Appellant.

Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee for Department of Revenue, Child Support Enforcement.